1
2
3
4
5
6
7

JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **TRACY COLLIER,** | Case No. EDCV 06-0991 CBM (E) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| **H. PEREZ and D. CROSBY,** | |
| Defendants. | |

18      The Court having received the stipulation of the parties requesting dismissal of

19  this lawsuit with prejudice due to their settlement agreement, and good cause

20  appearing therefore,

21      IT IS SO ORDERED.

22

23

24  Dated: _____11/1/10_____

25

SD2007500517
10629893.doc

Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

1